February 25, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

RIVER OAKS PROPERTY OWNERS, INC., Appellant

NO. 14-14-00117-CV                                    V.

MIRADOR BUILDERS, LP AND JENNIFER L. HAMELET, Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on January 6, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, River Oaks Property Owners, Inc.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.